FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 2 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| TERRENCE LEE LIDDELL, | No. CV 07-145-TJH (AGR) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MINA MONCADA, | |
| Defendant(s). | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that Defendant's motion for summary judgment is granted and this action is dismissed.

DATED: 7/21/08

TERRY J. HATTER JR.
UNITED STATES DISTRICT JUDGE